# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER TOBBIE,** | |
| Petitioner, | **Case No. 7:10-CV-90084 (HL)** |
| v. | 28 U.S.C. § 2255 |
| **UNITED STATES OF AMERICA,** | **Case No. 7:06-CR-17 (HL)** |
| Respondent. | |

## ORDER

The Court has received and considered the Recommendation of the United States Magistrate Judge (Doc. 94) that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence be denied. The Objection of Petitioner Christopher Tobbie (Doc. 95) has also been read and thoroughly considered. The Court has made a *de novo* review of the Magistrate Judge's Recommendation.

Although Petitioner continues to allege in his Objection that he received ineffective assistance of trial counsel, Petitioner does not present sufficient evidence to support his claim. Petitioner's trial counsel was, under an objective standard, reasonable in advising Petitioner that he had no valid Fourth Amendment claim, making the strategic decision to not file a motion to suppress, and recommending Petitioner accept the plea agreement. The record

demonstrates that Petitioner agreed to, and benefited from, the decision to drop the motion to suppress. Furthermore, the Court agrees with the Magistrate Judge that Petitioner's allegation of ineffective assistance of trial counsel from a failure to have the plea agreement explained to him is untimely.

Additionally, after carefully considering Petitioner's arguments in favor of issuance of a certificate of appealability, the Court accepts and adopts the Recommendation of the Magistrate Judge that a certificate ought to be denied. The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right. 28 U.S.C. § 2253(c)(2). Reasonable jurists would not dispute that Petitioner received effective assistance of trial counsel. Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

Therefore, after careful consideration pursuant to 28 U.S.C. § 636(b)(1), the Court accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

**SO ORDERED,** this 5th day of August, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

scr